**James Vernon HARRIS,
Plaintiff–Appellant,**

v.

**SUMTER COUNTY SHERIFF'S DEPARTMENT; Tommy R. Mims, Sheriff, Sumter County Sheriff's Department; Robert Richardson, Captain, Sumter County Sheriff's Department; Angela Mahoney, Agent/Informant, Sumter County Sheriff's Department; Timmy McFaddin, Agent; Phil Ardis, Sled; Shirley Ann Harris, Agent/Informant; Unknown Officers, in their official and personal capacities, Defendants–Appellees.**

No. 01–6412.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided July 3, 2001.

James Vernon Harris, pro se.

Before WIDENER and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

James Vernon Harris, a South Carolina
inmate, appeals the district court's order
denying relief on his 42 U.S.C.A. §§ 1983,
1985, 1986 (West 1994 & Supp.2000) com-
plaint under 28 U.S.C.A. § 1915A (West
Supp.2000). We have reviewed the record
and the district court's opinion accepting
the magistrate judge's recommendation
and find that this appeal is frivolous. Ac-
cordingly, we dismiss the appeal on the
reasoning of the district court. *See Harris
v. Sumter County Sheriff's Dep't,* No. CA–
01–120 (D.S.C. Feb. 23, 2001). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*